# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11-cv-57

| | |
|---|---|
| BUNCOMBE COUNTY TOURISM DEVELOPMENT AUTHORITY, <br><br> Plaintiff, <br><br> vs. <br><br> L&H SIGN, INC., <br><br> Defendant, Third-Party Plaintiff, <br><br> vs. <br><br> AGFA CORPORATION, and MORGAN ADHESIVES COMPANY, <br><br> Third-Party Defendants. | ORDER |

**THIS MATTER** has come before the court pursuant to motions regarding the timing of the completion of discovery in this case. (#30)(#36)(#38). The undersigned has addressed the various motions but after reading a response filed by defendant/third-party plaintiff L&H Sign, Inc., has determined that a conference with the attorneys representing the parties in this matter would be beneficial in assisting in the resolution of the discovery issues in this case. Therefore, upon the court's own motion, the undersigned will set a hearing at which an attorney from each of the parties in this matter shall be required to appear and then discuss with the court the extent and nature of discovery that has been completed and that is contemplated to be completed by any of the parties in this case.

# ORDER

**IT IS, THEREFORE, ORDERED** upon the court's own motion that a hearing shall be held by the court on **Friday, July 20, 2012** in courtroom #2 of the United States Courthouse in Asheville, North Carolina at **11:30 a.m.** An attorney representing each party in this matter is required to appear at this hearing. The purpose of the hearing is for the undersigned to discuss with the parties the nature and extent of any discovery that has been completed in this case and further discuss with the parties the nature and extent of any further discovery that needs to be completed in order to expedite the resolution of this case.

Signed: July 12, 2012

Dennis L. Howell
United States Magistrate Judge